DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MARVIN WELLS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1305

_____

January 24, 2025

Appeal from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

Marvin Wells, pro se.


PER CURIAM.

Marvin Wells appeals the order summarily denying his motion for jail credit under Florida Rule of Criminal Procedure 3.801. We reverse and remand for the postconviction court to strike the motion.

In January 2024, Mr. Wells filed a pro se motion seeking an additional 411 days of jail credit. The court entered an order striking the motion with leave to amend finding the motion failed to meet the requirements of rule 3.801. Mr. Wells filed an amended motion, and the court ordered the State to respond. Relying on the State's response, the court summarily denied the motion on the merits.

Mr. Wells was represented by trial counsel when he filed his pro se motion for jail credit.  *See* Fla. R. Crim. Pro. 3.111(e)(1), (3).  The motion should have been stricken as a nullity.  *See Logan v. State*, 846 So. 2d 472, 475-76 (Fla. 2003).

Reversed and remanded.

SLEET, C.J., and SILBERMAN and LABRIT, JJ., Concur

───────────────────────

Opinion subject to revision prior to official publication.